Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

# UNITED STATES DISTRICT COURT

for the

District of Columbia

JARRELL DEANDRE' CURNE )
)
*Plaintiff* )
)
*14919 Pine View Drive,* )
*Grandview, Missouri 64030* )
*(913) 215-8528* )
*hustleovaeverything@icloud.com* )
)
-v- )
)
ADMINISTRATOR OF THE SMALL BUSINESS )
ADMINISTRATION, UNITED STATES ATTORNEY )
GENERAL, THE UNITED STATES OF AMERICA, )
DEPARTMENT OF JUSTICE, STINSON, LLP, US )
BANK, NA, The CBE Group, Inc, Pioneer Credit )
Recovery Inc, AND John Doe )
)
*Defendant(s)*

Case: 1:23−cv−03789 JURY DEMAND
Assigned To : Howell, Beryl A.
Assign. Date : 12/20/2023
Description: Pro Se Gen. Civ. (F−DECK)

Jury Trial:                Yes

NOTE TO CLERK : PLAINTIFF APOLOGIZES FOR
THE 47 EXHIBITS WHICH ARE 173 PAGES, THE
DOJ CIVIL DIVISION ANN M DELMARE WANTS
A PREPONDERANCE OF EVIDENCE. To prove an
element by a preponderance of the evidence simply
means TO PROVE THAT SOMETHING IS MORE
LIKELY THAN NOT. THE PETITION ITSELF IS
NOT THAT LONG, THE EXHIBITS ARE TO
SURVIVE A RULE 12(B) FOR JURISDICTION,
VENUE, PROCESS, STATING CLAIMS, AND
MAKING SURE ALL PARTIES WHERE JOINED.

## PETITION FOR DECLARATORY JUDGMENT AND OTHER RELIEF

### COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT WITH NEGLIGENCE AND 15 U.S.C. 1691, 15 U.S.C. 1692 - REQUEST FOR INJUNCTION
(28 U.S.C. § 1331; Federal Question AND 28 U.S.C. § 1332; Diversity of Citizenship)

I. **The Parties to This Complaint**

    A. **The Plaintiff**

| | | |
|---|---|---|
| | Name | JARRELL DEANDRE' CURNE |
| | Street Address | 14919 PINE VIEW DRIVE |
| | City and County | GRANDVIEW, JACKSON COUNTY |
| | State and Zip Code | MISSOURI, 64030 |

    B. **The Defendant(s)**

        Defendant No. 1

| | | |
|---|---|---|
| | Name | The Small Business Administration |
| | Job or Title *(if known)* | Administrator |
| | Street Address | 409 3rd St., SW |



Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

| | |
|---|---|
| City | Washington, DC |
| State and Zip Code | 20416 |

**Defendant No. 2**

| | |
|---|---|
| Name | Merrick Garland |
| Job or Title *(if known)* | The United States Attorney General |
| Street Address | 950 Pennsylvania Ave, NW |
| City and County | Washington, DC |
| State and Zip Code | 20530 |

**Defendant No. 3**

| | |
|---|---|
| Name | The United States of America |
| Job or Title *(if known)* | US ATTORNEY'S OFFICE DISTRICT OF COLUMBIA |
| Street Address | 601 D STREET, NW |
| City | WASHINGTON, DC |
| State and Zip Code | 20004 |

**Defendant No. 4**

| | |
|---|---|
| Name | The Department of Justice (Civil and Criminal Divisions) |
| Job or Title *(if known)* | |
| Street Address | 950 Pennsylvania Ave, NW |
| City | Washington, DC |
| State and Zip Code | 20530 |

**Defendant No. 5**

| | |
|---|---|
| Name | Stinson, LLP |
| Job or Title *(if known)* | *Law Firm - Contractor for the SBA and US Bank* |
| Street Address | 1144 Fifteenth St, Suite 2400 |
| City | Denver, CO |
| State and Zip Code | 80202 |

**Defendant No. 6**

| | |
|---|---|
| Name | US Bank, National Association |

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

|  |  |
|---|---|
| Job or Title *(if known)* | National Bank |
| Street Address | 800 Nicollet Mall |
| City | Minneapolis, Minnesota |
| State and Zip Code | 55402 |

Defendant No. 7

|  |  |
|---|---|
| Name | The CBE Group, Inc |
| Job or Title *(if known)* | Credit Collection Company |
| Street Address | 1309 Technology Pkwy |
| City, State and Zip Code | Cedar Falls, IA 50613 |

Defendant No. 8

|  |  |
|---|---|
| Name | Pioneer Credit Recovery, Inc |
| Job or Title *(if known)* | Credit Collection Company |
| Street Address | 26 Edward St |
| City. | Arcade, NY |
| State and Zip Code | 14009 |

Defendant No. 9

Name JOHN DOE

## II. Basis for Jurisdiction

### A. The Plaintiff(s)

1. The plaintiff is an individual

   The plaintiff, Jarrell D. Curne, is a citizen of the State of Missouri.

### B. The Defendant(s)

2. The defendants are an agencies of the Federal Government

   The defendants, The Small Business Administration, The United States Attorney General, The United States of America, The Department of Justice,

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

are incorporated under   the laws of the District of   Columbia

and has their principal headquarters in the District of                       Columbia

2. The defendants US Bank in incorporated under the laws of the state of Minnesota, Stinson, LLP has a locations in Washington, DC, The CBE Group, Inc, is incorporated under the laws of the state of Iowa, and Pioneer Credit Recovery, Inc is owned by Navient the government loan service company, that services student loans, incorporated under the laws of the state of New York, and are all companies; that are contractors of the Small Business Administration's contracted to handle a loan program. Since there are multiple defendants arising from the same incident and set of facts, and circumstances, both federal question, and federal diversity of defendants apply to this matter. Defendant's John Doe are unknown individuals who work for the federal government named The United States of America, who are violating *Bivens which* generally refers to a lawsuit for damages when a federal officer who is acting in the color of federal authority allegedly violates the U.S. Constitution by federal officers acting; and any unknown individuals under U.S. Code § 1983 - Civil action for deprivation of rights which states "every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia." This does not involve any judges, or judicial officers such as court clerks. I do not have a issue with any judge right now. I actually respect the judges, it is the parties who are not judges that are the real problem. THE EMPLOYEES VIOLATING BIVENS AND 1983 IS ANYONE INVOLVED IN THE INDICTMENT AFTER IT HAS BEEN SAID IT IS NO LONGER DENIED, THIS INDICTMENT WAS RUSHED THROUGH DUE TO A DECLARATORY JUDGMENT I REQUESTED IN THE UNITED STATES FEDERAL COURT OF CLAIMS UNDER JUDGE DAVIS, SEE CASE 23-1031 ON SEPTEMBER 6, 2023 THE SAME DATE.

I REPEAT, I DO NOT HAVE A ISSUE WITH ANY JUDGE, THIS IS NOT ABOUT A COURT CLERK, OR JUDICIAL OFFICER. THEY HAVE NOT DONE ME WRONG, ITS OTHER PEOPLE WHO WORK AT THE GOVERNMENT NOT AS HIGH UP ON THE TOTEM POLE DOING THIS, AND WHEN IT GOES IN FRONT OF A JUDGE THEY SAY IT'S CHANGED AND DISMISS IT.

COME NOW, Plaintiff, appearing Pro Se and, pursuant to Fed. R. Civ. Pro. 57, 28 U.S.C. § 2201, and Breach of Contract, 15 U.S.C. 1691, 15 U.S.C. 1692 with Negligence, hereby submits this Petition for Declaratory Judgment and Other Relief. In support thereof, Plaintiff states as follows. A right to self-represenatation in federal proceedings is codified in 28 U.S.C. § 1654.

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

1. Plaintiff is a natural person who manages a company, the underlying loan forming the subject of this suit occurred in and pursuant to the laws of the District of Columbia under Congress during the pandemic which is displayed to the public upon the Small Business Administration website. Plaintiff is a African-American male, who follows the law and only does what he is told to do. The Defendants constantly write things, and change them.

2. Defendant The Small Business Administration (hereinafter, "SBA") is a United States independent agency, whose responsibilities include managing the Paycheck Protection Program (hereinafter, "PPP"). Service is Proper under Fed. R. Civ. P. 4. Under the waiver of sovereign immunity implicit in the "sue and be sued" clause of the Small Business Act, 15 U.S.C. § 634(b) (1), the Administrator of the SBA is expressly subject to suit in state as well as federal court. This statute also empowers the Administrator to promulgate regulations to "carry out the authority vested in him...." 15 U.S.C. § 634(b) (6). One regulation promulgated by the SBA provides that service of process in a suit against the SBA be accomplished in accordance with Rule 4. See 13 C.F.R. Sec. 101.6 (1986). This regulation contemplated that suits against the SBA would be defended by the local United States Attorney. Jarrell Curne has read a lawsuit where SBA "breached the contract by failing to sell the property on the date agreed. ALT alleged that it was injured in the amount of $30,000, the amount of profit ALT expected upon resale of the collateral. The petition alleged two causes of action: one for breach of contract and one for violation of the Texas Deceptive Trade Practices-" Courts have held that "sue and be sued" statutes waive sovereign immunity. In Doe v. United States, 58 F.3d 494, 497-98 (9th Cir. 1995), the court held that agencies of the United States are one entity for purposes of the waiver of sovereign immunity and under § 106(c). This holding reflected the original position taken by the U.S. but was rendered after the court instructed the DOJ attorneys to consult with the Solicitor General, the IRS, and other agencies. Id. at 498. The court stated as follows: "The United States takes this position out of a commendable sense of fairness and reciprocity because it often seeks to be treated as a single unitary creditor under the offset provisions of 11 U.S.C. § 553."

3. The Defendant the United States has provided Jarrell D. Curne with 2 separate Declarations this year. (See Exhibit 1 and 2).

4. U.S. attorneys and their offices are part of the Department of Justice. U.S. attorneys receive oversight, supervision, and administrative support services through the Justice Department's Executive Office for United States Attorneys.

5. Plaintiff Jarrell Curne, was told he will be convicted rather he is innocent or not, and ask the court to stop this so he does not have to file any 2255 Motions, or cases under 28 U.S. Code § 1495 - Damages for unjust conviction and imprisonment; claim against United States The United States Court of Federal Claims shall have jurisdiction to render judgment upon any claim for damages by any person unjustly convicted of an offense against the United States and imprisoned. Lawyers keep telling Curne, they allow DOJ to do certain things because "they have to deal with them again" in other cases for other clients, so my rights are being violated based upon this.

6. Upon information and belief, John Doe(s) is a natural person, an employee or other agent of Defendant The SBA, and who wrongfully denied the loan for a PPP to Plaintiff based upon information from US Bank, National Association that was not accurate. John Doe is also a natural person, an employee or agent of the Defendant The United States, who wrongfully indicted Jarrell Curne based upon inaccurate information. Such as the date of the loan application and it being funded 2 days later, among many other things.

7. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1331 because of a question of federal law, to-wit, the interpretation and application of 15 U.S.C. 1691, 15 U.S.C. 1692. Furthermore, Plaintiff has a private cause of action of federal jurisdiction pursuant to Breach of Contract with Negligence.

8. On or around the 1st day of August, 2023, Plaintiff was denied in the Small Business Administration with a PPP Loan he managed, for which he was subsequently was later not DENIED for on August 29, 2023. (See attachment 3, Compare to Attachment 1)

9. The Attachment 3 shows that US Bank was to continue servicing the loan, in accordance with the PPP Rules, but US Bank, refused and said they have nothing to do with it.

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

10. It stated "You must continue to service the loan. You may, in accordance with PPP Loan Program Requirements, demand immediate repayment of the remaining balance of the loan after application of the forgiveness payment (if any). If you require the borrower to immediately repay the loan, you must notify the borrower of the date on which the payment is due and the amount required to pay the loan in full. Alternatively, you may require the borrower to make regularly scheduled payments to repay the remaining balance of the loan on or before the maturity date. If you require the borrower to make regularly scheduled payments, you must notify the borrower of the date on which the first principal and interest payment is due and the amount of the borrower's regular payment. As set forth below, if the borrower files a timely appeal with SBA's Office of Hearings and Appeals, the deferment period of the loan will be extended pursuant to 13 CFR § 134.1211."

11. Pursuant to 13 CFR § 134.1201(b), the borrower has the right to appeal to BA's Office of Hearings and Appeals a final SBA loan review decision that the borrower: (4) is ineligible for PPP loan forgiveness in any amount when the lender has issued a full denial decision to SBA.

12. An appeal to OHA is an administrative remedy that must be exhausted before judicial review of a final SBA loan review decision may be sought in a federal district court. 13 CFR §134.1201(d).

13. On August 25, 2023, SBA withdrew the final SBA loan review decision issued on the Loan. *See* Declaration of Jason Frulla, attached as Exhibit A, ¶4. SBA withdrew that decision because it determined that it is necessary to complete a further review of the Loan. This review will include, but is not limited to, efforts to resolve the PPP Lender's failure to provide SBA with requested information.

14. Please note the SBA said "the PPP Lender's failure to provide SBA with requested information."

15. Plaintiff perfected an administrative appeal of Defendants' denial of his loan as Defendants requested.

16. On November 14, 2023, the Defendant DOJ Civil Division's stated in the United States Court of Federal Claims they want the case dismiss because the "loan is no longer denied." So they believe the court lack jurisdiction.

17. November 14, is after Sept. 6, 2023 when Jarrell Curne was indicted; the DOJ telling a Missouri Judge I did a crime, while the same DOJ telling a Washington judge a loan is no longer denied. This DOJ is the same rather civil or criminal. For instance a criminal has to file a Motion 2255 which is under the civil forms, I saw it downloading this form, this means the same DOJ that handles criminal handles civil. For instance Exhibit 2 shows a declaration in a civil case, which means if I am not a felon they couldn't criminally charge me for a firearm. Therefore the DOJ is one and the same.

18. This Court may resolve the aforementioned issues that have arisen between the parties and, further, may avoid future similar disputes altogether.

19. The Defendant the DOJ in The United States Federal Court of Claims stated to obtain forgiveness the PPP Lender which is US Bank, National Association must request it.

20. The Defendant US Bank has admitted in a hearing that they made comments about me which were not true, and that they did not have proof of.

21. US Bank has breach the agreement by failing to continue to service the loan as the Program required after I successfully appealed the decision.

22. There is a SBA Loan No.: 5511277304, signed for by the Plaintiff Jarrell D. Curne who manages the company.

23. Jarrell Curne's company paid out the 60%, maintained the same amount of employees from the previous quarter and provided bank statements which the indictment reference, and transcripts from the IRS which is why the SBA withdrew the loan denial.

24. The SBA Website said to payout 60% (which Jarrell Curne did more than that), and pertaining the the 941's said "or will be filed." And they were indeed filed. The SBA site said this was for 2 reasons, employees and total amount.

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

### C. The Amount in Controversy

The amount of the PPP Loan was $312,500; and the second draw PPP Loan was $312,500 which the Small Business Administration says is no longer DENIED but the Agreement has still been breached by the parties, due to Negligence and Racial Discrimination under the ECOA. They say the Debt is no longer Denied forgiveness while still trying to unlawfully collect the debt which includes Threatening to "ME" Jarrell D. Curne arrested, I am a manager of the C-Corp and considered a employee, I bring this lawsuit in a personal capacity stating that I am being wrongfully targeted as a individual by these named Defendants over a matter in which parties say is no longer denied, but continue to tell others I am under indictment for the loan in which is no longer denied. .

## III. Statement of Claim

The plaintiff, Jarrell DeAndre' Curne, and the defendant, SBA, and US Bank, made an agreement or contract on 4/30/20 APPLIED 4/28/20. The agreement or contract was Written, express and implied. Under that agreement or contract, the parties were required to (SEE EXHIBIT 4)

25. In general, the "lender has 60 days" from receipt of a complete loan forgiveness application to issue a decision to the SBA, and the SBA, subject to its review. 75 days when DOJ last said it, 90 days was 11/29/23 and it has been WELL OVER 90 DAYS as of today. US BANK, HAS REFUSED TO CONTINUE TO SERVICE THE LOAN, AND HAS ADMITTED THEY MADE STATEMENTS ABOUT ME WITH NO PROOF. THE DATE OF THESE STATEMENTS WERE AFTER THE IRS HAD ALREADY ACCEPTED THE RETURNS, AND THE RETURNS WERE INDEED ON FILE BEFORE THE INDICTMENT STATING THE NUMBER OF EMPLOYEES AND TOTAL AMOUNT FOR THE YEAR, THE SBA PERSON STATED THEY HAD NO JURISDICTION OVER THE TAXES OWED TO THE IRS AS THERE IS A PAYMENT PLAN ONGOING THRU THE TAXPAYER ADVOCATES. US BANK RETAINED A LAWYER WHO USE TO WORK AS A CLERK IN THE SAME COURT THAT INDICTED ME, FOR A JUDGE AND THE FORMER COURT CLERK REFUSES TO UPDATE THE SBA THEY DID RECEIVE TRANSCRIPTS AND AUDIO FILES FROM THE IRS (STINSON, LLP). US BANK ASKED ALL COMMUNICATION GO THRU THERE LAWYER, AND I CAN'T CONTACT THE SBA DIRECTLY ABOUT THE LOAN WHICH IS NO LONGER DENIED. PIONEER CREDIT, AND THE CBE GROUP HAVE TRIED TO CONTINUE TO COLLECT THE DEBT EVEN AFTER THE SBA SAID THE LOAN IS NO LONGER DENIED, AND JOHN DOE IS BASING THE INDICTMENT UPON INFORMATION FROM "BEFORE THE LOAN DENIAL WAS WITHDRAWN." THIS IS A BREACH OF THE AGREEMENT TO DEFER THE LOAN, AND A BREACH OF OVER 90 DAYS FOR THE LOAN SINCE AUGUST 29, 2023 AND 11/14/2023 WHEN THE SBA AND DOJ CONFIRMED IT, WELL AFTER 9/6/23. NOTICE THE INDICTMENT SAYS 5/13-5/15 BUT SBA SAYS 4/30 AND US BANK SAYS 4/28. TO ARREST ME FOR A LOAN WHICH IS NO LONGER DENIED IS UNLAWFUL DEBT COLLECTION PRACTICES WHEN IT IS DEFERRED. THE LOAN CAN NOT BE FORGIVEN DUE TO THE ACTIONS OF US BANK, AND THEIR LAWYER WHO WORKED IN THAT COURT IS PURPOSELY WANTING TO KEEP THE INDICTMENT EVEN WITH THE CIRCUMSTANCES CHANGING. THE ELEMENTS FOR A BREACH OF CONTRACT ARE : A VALID AGREEMENT, WHICH IS SIGNED BY JARRELL CURNE, PLAINTIFF PAID OUT 60%, AND MORE, DEFENDANT FAILED TO FORGIVE LOAN "IN 90 DAYS," AND DEFER, PLAINTIFF WAS HARMED.

The defendant failed to comply because:

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

26. THEY DID NOT DEFER THE LOAN.

27. THEY REFUSED TO CONTINUE TO SERVICE THE LOAN.

28. THEY DID NOT ISSUE A NEW DECISION WITHIN 90 DAYS.

29. THEY CONTINUED TO TRY TO COLLECT THE DEBT WITH THIRD PARTIES, AND USED THE FORCE AND INTIMIDATION OF ARREST.

30. NEGLIGENCE IS " failure to take proper care in doing something."

31. DEFENDANTS HAS BEEN, AND ARE NEGLIGENT IN THEIR ACTIONS OF HANDLING THE PPP LOAN; THE SBA IN EXHIBIT 1 STATES "PPP LENDER'S FAILURES." The omission of actions is considered negligent only when the person had a duty to act (e.g., a duty to help someone because of one's own previous conduct). The following five elements may typically be required to prove negligence:

- The existence of a legal duty that the defendant owed the plaintiff
- Defendant's breach of that duty
- Harm to the plaintiff
- Defendant's actions are the proximate cause of harm to the plaintiff
- Defendant's actions are the cause-in-fact of harm to the plaintiff

32. THE SBA IN THE OHA (OFFICE OF HEARINGS AND APPEALS) STATED US BANK ACTIONS WERE THE CAUSE OF THE HARM.

33. THE IRS IS ON AUDIO RECORDING, TRANSCRIPT AND SUBPOENA VERIFYING THE INFO.

34. The plaintiff has complied with the plaintiff's obligations under the contract, BUT WAS DENIED A SECOND DRAW OF $312,500 AND HAS NOT RECEIVED FORGIVENESS FOR THE FIRST DRAW OF $312,500. The Act also created a private right of action under which aggrieved "applicant[s]" can hold liable a creditor that fails to comply with "any requirement imposed under this subchapter [i.e., ECOA]." (Title VII of the Consumer Credit Protection Act) prohibits discrimination on the basis of race, color, religion, national origin, sex, marital status, age, receipt of public assistance, or good faith exercise of any rights under the Consumer Credit Protection Act. JARRELL CURNE HAS BEEN DENIED BECAUSE HE MANAGES A MUSIC COMPANY, IS A BLACK MAN AND THE BANK DID NOT LIKE THE NAME OF THE COMPANY AND MADE FALSE ASSUMPTIONS.The Act also requires creditors to provide applicants, upon request, with the reasons underlying decisions to deny credit. THE REASONS PROVIDED HAVE BEEN SHOWN TO BE MOOT. WHEN A lender is guilty of violating the ECOA, it can be sued in court for actual damages, punitive damages of up to $10,000 for individual lawsuits. IN THIS CASE ACTUAL DAMAGES IS $625,000 + A $10,000 PENALTY.

## IV.    Relief and Irreparable Injury

Federal courts are considerably less demanding of a pro se litigant than one represented by counsel. Pro se pleadings are therefore construed liberally, meaning that if the essence of an allegation is discernible, the court should construe the pleading in a way that permits the layperson's claim to be considered within the proper framework. This pro se Plaintiff has set out his claims and the supporting facts in a simple, concise, and direct manner.

My Social Security number has been put on public record in the indictment, my income has been displayed from private tax records which is a violation of 6103, and car contracts have been misinterpreted. I have been treated differently by the SBA and US Bank over this PPP Loan, which said no personal guarantee but has targeted me, Jarrell Curne. They ask what race you are on the forgiveness application and if this was for a company why does color matter?

The SBA has had the 8a program stopped, and I have been discriminated against in the PPP Loan program.

The Supreme Court has said colleges cant use race based admissions, but thats what the PPP program did in 2021.

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

WHEREFORE, Plaintiff prays this Court enter declaratory judgment in Plaintiff's favor, that is, declaring that Plaintiff has the legal right to forgiveness and equal opportunity to loans pursuant to State and federal law; for an order directing Defendants to correct their records to reflect the same; for an order for Defendants to cease denying forgiveness of the loan by Plaintiff from US Banks misstatements; for an award of reasonable attorneys fees under The Equal Access to Justice Act, 5 U.S.C. 504, which provides for the award of attorney fees and other expenses to eligible individuals and entities who are parties to certain administrative proceedings (called "adversary adjudications") before a Commission. for the costs herein incurred, and for any further relief which this Court deems just and equitable under the circumstances. The Plaintiff has incurred legal fees of $5,460 + $15,000; and still owes a lawyer $15,000 before he will do anything to try to dismiss the indictment. That $35,460 on legal fees for this matter, not including $3,000 the government cost me in Case No. 4:23-cv-00564- SRB in the Western Federal District Court of Missouri.

The PPP Loan took over 2 weeks, not 2 days. The evidence showing both the bank and SBA saying something different than indictment. They also misspelled the company name. The IRS has confirmed on Audio Recordings, Tax Transcripts, and other ways, and the SBA said "Due to PPP Lender's failures" in Exhibit 1. The Arbitrator for the AAA "Matthew Crimmins" admitted him and his wife may own stock in US Bank, and has acted with partiality. He did not allow a subpoena, or mention the OHA which is a government hearing office, but another honorable arbitrator did. There has been false advertising as the SBA website not only says "or will be filed", it also says 60% and things which are overlooked; nothing on the website is about taxes paid to the IRS and they stated the information was used to verify employee count, and payroll amount. This Reuters article "https://www.reuters.com/article/us-usa-biden-smallbusiness-idUSKBN2AM0UP/" Biden revised PPP Loans to reach minority firms; is discrimination and no race should be placed over the other. The loans were not issued on a first come, first serve basis and US Bank serviced more wealthy clients first to take bigger percents of the processing fees they made. Tthe Small Business Administration will only accept applications for forgivable Paycheck Protection Program (PPP) loans from firms with fewer than 20 employees in the article which is not treating everyone equal under the Equal Credit Opportunity Act, and discrimination. The loan terms were also changed from 8 weeks to 24 weeks, and from 75% to 60% after the first draw.

There is collateral estoppel and issue preclusion matters; collateral estoppel (e-stop-əl) is The binding effect of a judgment as to matters actually litigated and determined in one action on later controversies between the parties involving a different claim from that on which the original judgment was based. The matter of the 2019 Dodge was decided by Honorable Judge Patrick Campbell in the Missouri State Courts, due to the dealership never providing a title to the vehicle the sale was never complete under Missouri Law, and therefore the matter was sent to arbitration.

 Missouri law 301.210.  Sale and transfer of vehicles, procedure — assignment of certificate — new certificate(4).  It shall be unlawful for any person to buy or sell in this state any motor vehicle or trailer registered under the laws of this state, unless, at the time of the delivery thereof, there shall pass between the parties such certificates of ownership with an assignment thereof, as provided in this section, and the sale of any motor vehicle or trailer registered under the laws of this state, without the assignment of such certificate of ownership, shall be presumed fraudulent and void unless the parties have executed a written agreement for delayed delivery of certificate of ownership as provided in subsection 5 of this section.

John Doe(s) is misusing my information under the color of the law to deprive me of my civil rights.

When you add up what the indictment says the car cost, it does not match what they claim was paid to them.

Due to US Bank receiving the loan on 4/30 after applying 4/28 and waiting. 2 weeks I had to sale my vehicles to pay my employees who I promised would receive income as I waited on the loan. It was the middle of the pandemic and everything had been shutdown, when you tell employees something and have them waiting over 2 weeks, as a Manager you have to try to resolve the issues, which has now created more issues.

A federal court has ruled Arbitration applies to PPP Loans, and the same thing happened to others who got delayed.

A individual with the loan program claimed I only made $3,000 a year, when the evidence provided shows $10,000 in one day in January 2019. The same individual was going around telling people what was on my taxes, and that I was a with drug dealer and a felon, when in fact I do not have a felony conviction. This individual is now saying I only made $97 in a year, and each time I prove him wrong he switches it to something else. He is sat on sending me to jail based upon lies due to a complaint I filed against him in the Federal Court of Claims. This is unjust. That is why the dates are wrong, they rushed it so fast on 9/6/2023 trying to use it as a excuse to stop a order against them in the Court of Federal Claims the information in the indictment is not even accurate or true. They want to force me to plead getting to a 2 day loan when both the bank and SBA evidence prove otherwise. They have photos of cars that are not even mine.

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

On *September 6, 2023* , at *The Western Federal District Court*
the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because : **the loan was no longer denied, and deferred under the PPP Program Policy and they did not perform their acts with due diligence as the dates are incorrect, among other things such as 941's were on file, displayed the same "total" amount, and employee count, and the individual already admitted they did not have jurisdiction over the rest of the information owed to the IRS yet proceeded to twist the facts on purpose. The individual is on record with a attorney saying I made $3,000 a year and this court record evidence shows otherwise. In April of 2023 the individual and two other unnamed men also entered my residence without me there, and revealed to others how much money my company made which was private tax info. After they were sued in the Federal Court of Claims the policy changed weeks later. He had it made up in his mind I was a criminal now he determined to make me one by providing wrong dates, and facts.**

60% of 312,500 = $187,500.
57,886 + 71,140.75 = $129,026.75

i did not pay that for the cars which contacts prove first off.

312,500 - 129026.75 = $183,473.25

This still means even with the cars 60% was paid out to employees.

The cars were for business used for a movie i was working on and music videos. And sold to pay more employees.

Right Now - https://www.youtube.com/watch?v=4d75adUedz0

A Better Choice - https://www.youtube.com/watch?v=3ibH-KheyAs

Thats where I tell the younger generation to "Make A Better Choice." These cars are clearly used in my music business. I have copyrights on file with the United States Copyright Office. I make music, and sell merchandise, salary is paid quarterly to people and I have 25 people each quarter. I rotate the employees due to so many people wanting to work with me, and me wanting to be fair to everyone. If you check the box on the original 941 you see each box was checked which is the total count. The PPP Loan Paid for 1 quarter, and the salary and employee count was kept the same.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by **causing Emotional distress which refers to mental suffering as an emotional response to the experience that arose from the effect and memory of the particular event, occurrence, pattern of events or condition of armed cops showing up looking for me, and being sent to jail when my loan is no longer denied as the DOJ stated 11/14/23. Emotional distress can usually be discerned from its symptoms (ex. Anxiety, depression, loss of ability to perform tasks, or physical illness). I can't eat or sleep I feel like I am being tortured by the United States Government.** *15 U.S. Code § 1692 - Congressional findings and declaration of purpose* (a) Abusive practice There is abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors. Abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy.
Existing laws and procedures for redressing these injuries are inadequate to protect consumers.

Monetary damages at a later time would be great but not adequately compensate me for the injuries I sustained, still sustaining, and will sustain as a result of the events described above, and why such compensation could not be measured is I am a black male who is being arrested for banking while black at US BANK, after they have already settled with numerous African-Americans over this same issue of trying to cash a paycheck. - https://www.youtube.com/watch?v=6t83hoWAvTs&t=2s

In the video with 6.2 Million views 'Banking While Black': Police video shows how cashing a paycheck led to handcuffs; It happened again. Another U.S. Bank branch called police on another Black customer who was trying to get money from his own account. 5 INVESTIGATES recently obtained the new body camera video, spoke with the customer, and asked the company what it has done to make changes since this first report aired in December. Watch the latest investigation.

In the video US Bank had the individual arrested without verifying, this is what happened to me. They did not even verify the correct dates which are not 5-13/5-15 it is 4/28-4/30 and they didn't verify all sorts of other things as they have admitted, such as I am not a felon, and I made more then $3,000 in one year. The United States will stop at nothing to lock me up, their tactic is to Delay, Deny and Defend not Grant Justice. Behind the scenes they Deny and Delay, and then when it goes to a court they Defend and say they did nothing wrong its fixed now. This is costing me almost $40,000. If the loan is not denied, I should not be under Indictment any longer and a court needs to intervene and make the DOJ correct their records. Exhibit 11 proves I made more than $3,000 in a year. Exhibits 12-15 Show that the amount in the indictment is not what the cars actually cost, and that I had additional income besides the PPP Loan which I paid employees in advance due to US Bank taking 2 weeks, not 2 days. Exhibit 17-22 show employees when the Government Claims I had no employees. Exhibits 23 and 24 show the statement the USA made to a third party which evidence disproves, and shows they lack jurisdiction on matters in the letter Exhibit 23 bottom of page 3. Exhibit 24 shows the dates from US Bank attorney which means the Government trying to make me plead guilty to a false set of facts. When you tell a grand jury I got a loan in 2 days and had no employees you can get a indictment, but facts show thats not true. Exhibit 25 shows more car sales, and so does 29 which was used to pay employees. I don't want to bore the court and want to keep it short, jump to exhibit 40 which shows Paul S Becker sending a employee back a CD which had the company name printed on the back, which he was sent as evidence, but he says no employees. Exhibit 35, 36, and 37 show the SBA trying to collect the Loan even on 8/23/23 Exhibit 36. They are forcing me to pay when I complied with the terms, and having me arrested if not. That is unlawful debt collection, and violation of the Equal Credit Opportunity Act along with Negligence and Breach of Contract when the DOJ saying on 11/14/23 in court filings the loan no longer denied so dismiss a case but still holding onto a 9/6/23 indictment with the wrong dates charging me for a car I didn't even receive a title to that a judge has already ruled on just for paying my employees because US Bank took 2 weeks, not 2 days. Not to mention around 15 people who help my company have died since the pandemic started. Exhibit 41 says "There is no evidence that the court has made a finding of misconduct against a DOJ attorney." The Attorneys who make money have to deal with Paul S Becker again so they don't want to file anything to the judge and want to get him to dismiss the case on his own, but Paul not going to do that with a pending case in the United States Court of Claims which could issue a Declaratory Judgment against his actions. Anne M Delmare said jurisdiction was not proper, so the District court is where I am now filing because that is where she said it should go. I do not blame in judge in the state of Missouri, it is not their fault. The lawyers are afraid of Paul, they said he has the power to charge anybody with anything he wants. They say he creatively stops guns, when you create music that means you make it up. I am under the impression a case has been creatively put on me without the real facts, and now I am being told a all white jury of people of Love Donald Trump not from the city, but small towns in Missouri will convict me even if I am innocent because I am black. Exhibit 42 "The lender has 60 days from receipt of a complete application to issue a decision to SBA. If the lender determines that the borrower is entitled to forgiveness of some or all of the amount applied for under the statute and applicable regulations, the lender must request payment from SBA at the time the lender issues its decision to SBA. SBA will, subject to any SBA review of the loan or loan application, remit the appropriate forgiveness amount to the lender, plus any interest accrued through the date of payment, not later than 90 days after the lender issues its decision to SBA."

US Bank and their attorneys do not like the fact I am a black music executive and that I sued them so they are refusing to do anything with the. Loan now, since Anne M Delmare states they must request forgiveness to be remitted and have not that is why it has been over 90 days. Match this to the OHA hearing from the SBA saying "Due to the PPP Lender's Failures." I am now stuck in limbo with no response on the loan, under indictment but being told I am no longer denied, while US Bank refuses to service the loan or notify anyone it is deferred so actions are not taken against me by the federal government. The lawyer for the Benz put the wrong VIN in the contracts, that is why his firm offered to fix it in Exhibit 45. When you compare Exhibit 46 to Exhibit 5 -

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

"During the hearing, Claimant testified that he was personally told by Respondent that it believed he was fabricating tax documents submitted to Respondent as a part of its administration of the Hustle PPP loan. During cross examination by Respondent's counsel inquiring about any written evidence of this contention, Claimant produced on his phone a copy of correspondence from Respondent to Claimant at Claimant's Hustle email address which stated that Hustle's application for loan forgiveness for the Hustle PPP loan was being denied because "[t]he tax documents you provided appear to be fabricated." *See* Claimant's Exhibit 42. During cross-examination by Claimant, Respondent's witness admitted that this statement (i.e., that Mr. Curne fabricated tax documents) would have also been made to the Small Business Administration. Respondent's witness also admitted that they did not have an IRS form 4506-T for Hustle as they "were not required to." In other words, Respondent did not have direct access to Claimant's tax documents on file at the time they made the statements to Claimant and the Small Business Association that the tax documents he provided "appear to be fabricated." Claimant is now currently under federal indictment related to Hustle's PPP loan, and it stands to reason that statements by Respondent to a governmental entity that Claimant appeared to have falsified tax documents related to this loan may have contributed to a decision to investigate and charge him." This aligns with Exhibit 1 from the SBA in the OHA "due to PPP Lender's Failures" and now refusal in Exhibit 6 which is negligence.

Exhibits 3, 4 and 8 show it is no way to contact the SBA for Loan Forgiveness outside of US Bank. There is no adequate remedy. The solution is now to send me to a jury of all white people from the middle of the country who do not like blacks and falsely convict me for 600 years and charge me $7.5 million or make me plead guilty to a 2 day loan on a false set of facts and circumstances.

An injunction is a court order requiring a person to do or cease doing a specific action.ermanent injunctions are issued as a final judgment in a case, where monetary damages will not suffice. Failure to comply with an injunction may result in being held in contempt of court, which in turn may result in either criminal or civil liability. See, e.g., *Roe v. Wade 410 US 113 (1973)*.

Plaintiff is asking for a injunction against the United States of America to cease trying to make him plead guilty to getting a loan in 2 days that took 2 weeks, when a Federal judge has ruled on a similar matter. See Exhibit 30; forgiveness in the amount of $312,500 and the second draw which is no longer denied in the amount of $312,500 against the Small Business Administration. Plaintiff ask for order directing THE UNITED STATES OF AMERICA, DEPARTMENT OF JUSTICE, STINSON, LLP, US BANK, NA, The CBE Group, Inc, Pioneer Credit Recovery Inc, AND John Doe to cease and desist violating the constitutional rights of Jarrell D. Curne.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information,      and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers maybe served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    Mon, December 18, 2023

Signature of Plaintiff    *[signature]*

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

| Printed Name of Plaintiff | Jarrell DeAndre' Curne |
|---|---|

# VERIFICATION

STATE OF Kansas      )
                     ) ss.
COUNTY OF Johnson    )

_____
JARRELL CURNE

JARRELL CURNE, of lawful age and first duly sworn upon his/her oath states: that s/he is familiar with the contents of the foregoing and that the statements, allegations and other matters contained in it are true and correct.

Sworn to before me, a Notary Public, on this 18th day of December, 2023.

_____
Notary Public

My Commission Expires:

ELAYNA EATON
Notary Public-State of Kansas
My Appt. Expires 02/21/2027