UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JARRELL DEANDRE' CURNE,<br><br>            *Plaintiff,*<br>v.<br><br>THE SMALL BUSINESS ADMINISTRATION, Administrator, *et al.,*<br><br>            *Defendants.* | Civil Action No. 23-3789 (BAH) |

## NOTICE OF APPEARANCE

Defendants request that the Clerk of the Court please enter the appearance of Assistant United States Attorney B. Kathryn Debrason as counsel for defendants: Small Business Administration, United States of America, Merrick Garland in his official capacity as United States Attorney General, Department of Justice, and John Doe, in the above-captioned case.

Dated: April 2, 2024
       Washington D.C.

                                                                           Respectfully submitted,

                                                                            /s/ B. Kathryn Debrason
                                                                            PA Bar #321236
                                                                            Assistant United States Attorney
                                                                            U.S. Attorney's Office, Civil Division
                                                                            601 D Street N.W.
                                                                            Washington, D.C. 20530
                                                                            Telephone: (202) 252-2427
                                                                            Kate.Debrason@usdoj.gov

                                                                            *Counsel for Defendants*